UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA HICKMAN, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 18cv33-LAB (RNB) <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION; AND** <br><br> **ORDER REVERSING THE DECISION OF THE ADMINISTRATIVE LAW JUDGE AND REMANDING FOR FURTHER PROCEEDINGS** |

Plaintiff Aurora Hickman filed her complaint, seeking review of denial of social security disability benefits. This matter was referred to Magistrate Judge Robert N. Block for report and recommendation. After receiving briefing, on August 15, Judge Block issued his report and recommendation (the "R&R"). It found that the administrative law judge had erred in denying benefits, and recommended reversing that judge's decision and remanding for further proceedings.

The deadline for objecting to the R&R has passed, and no objections were filed. A district court has jurisdiction to review a Magistrate Judge's report and recommendation on dispositive matters. Fed. R. Civ. P. 72(b). "The district judge

must determine de novo any part of the magistrate judge's disposition that has been properly objected to." *Id.* "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). This section does not require some lesser review by the district court when no objections are filed. *Thomas v. Arn*, 474 U.S. 140, 149–50 (1985). The "statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original).

The Court has reviewed the R&R, finds it to be correct, and **ADOPTS** it. Plaintiff's motion for summary judgment is **GRANTED** and Defendant's cross-motion is **DENIED**. The administrative law judge's decision is **REVERSED** and this case is **REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) to address and correct the errors the R&R has identified.

**IT IS SO ORDERED**.

Dated: September 18, 2018

*[signature]*
Hon. Larry Alan Burns
United States District Judge